**RECEIVED**
SEP 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
RMU

United States District Court

September 6, 2007                                    Civil Act No 07-1161

Fred Plummer                          Department of Correction's
1901 D St SE                          Office of the General Counsel
Washington D.C, 20003                 1923 Vermont Ave NW Suite No 102
          V                           Washington D.C 20001
The Mayor Adrian M. Fenty
Office of the Secretary
Tabatha Braxton
John A. Wilson Building Suite 419
Washington D.C. 20004

## Motion Fore monetary relief

My Name is Fred Plummer I'm In a Protective Custody unit at D.C Jail, On 5-25-07 I Filed a Complaint aginst the District of Columbea also The Department of Correction's regarding three incidents in which I was assault and threatening by a Cell mate I was also Label a Snitch By a Prison guard and witness a Attempt double hanging incident by a Cell mate I'm now receiveing medical also Mental health Treatment I Demand From the Defendant's the Sum of $1.25 Million Dollar

Fred Plummer DCDC 224403             Sincerely
1901 D St SE                         Fred Plummer
Washington D.C, 20003                Fred Plummer

# Superior Court of the District of Columbia

CIVIL DIVISION - CIVIL ACTIONS BRANCH

INFORMATION SHEET

Fred Plummer

vs

District of Columbia

Case Number: 07-1161

Date: September 6, 2007

| Name: (please print) | Relationship to Lawsuit |
|---|---|
| Firm Name: | ☐ Attorney for Plaintiff |
| Telephone No.:    Six digit Unified Bar No.: | ☑ Self (Pro Se)<br>Other: _____ |

TYPE OF CASE:   ☐ Non-Jury   ☐ 6 Person Jury   ☑ 12 Person Jury
Demand:$ 25 million Dollar    Other: _____

PENDING CASE(S) RELATED TO THE ACTION BEING FILED
Case No.: _____ Judge: _____ Calendar #: _____
Case No.: _____ Judge: _____ Calendar #: _____

NATURE OF SUIT:   (Check One Box Only)

**A. CONTRACTS**
- ☐ 01 Breach of Contract
- ☐ 02 Breach of Warranty
- ☐ 06 Negotiable Instrument
- ☐ 15 _____
- ☐ 07 Personal Property
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance

**COLLECTION CASES**
- ☑ 14 Under $25,000 Pltf. Grants Consent
- ☐ 16 Under $25,000 Consent Denied
- ☐ 17 OVER $25,000

**B. PROPERTY TORTS**
- ☐ 01 Automobile
- ☐ 02 Conversion
- ☐ 07 Shoplifting, D.C. Code § 27-102(a)
- ☐ 03 Destruction of Private Property
- ☐ 04 Property Damage
- ☐ 05 Trespass
- ☐ 06 Traffic Adjudication

**C. PERSONAL TORTS**
- ☐ 01 Abuse of Process
- ☐ 02 Alienation of Affection
- ☐ 03 Assault and Battery
- ☐ 04 Automobile-Personal Injury
- ☐ 05 Deceit (Misrepresentation)
- ☐ 06 False Accusation
- ☐ 07 False Arrest
- ☐ 08 Fraud
- ☐ 09 Harassment
- ☐ 10 Invasion of Privacy
- ☐ 11 Libel and Slander
- ☐ 12 Malicious Interference
- ☐ 13 Malicious Prosecution
- ☐ 14 Malpractice Legal
- ☐ 15 Malpractice Medical (Including wrongful death)
- ☐ 16 Negligence-(Not Automobile, Not Malpractice)
- ☐ 17 Personal Injury – (Not Automobile, Not Malpractice)
- ☐ 18 Wrongful Death (Not malpractice)
- ☐ 19 Wrongful Eviction
- ☐ 20 Friendly Suit
- ☐ 21 Asbestos
- ☐ 22 Toxic/Mass Torts
- ☐ 23 Tobacco

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/Feb. 07

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

Fred Plummer DCDC 224403
1901 D St SE
Washington DC, 20003

*Plaintiff*

vs.

The Mayor Adrian M Fenty
Office of the Secretary Suite 419
1350 Penn. Ave. N.W
Washington D.C 20004
Serve Tabatha Braxton

*Defendants*

CIVIL ACTION NO. 07-1161

Department of Correction's
Office of the General Counsel
1923 Vermont Ave. NW. Suite N
102
Washington DC 20001
Serve Maria Amato Esquire

**COMPLAINT**

1. Jurisdiction of this court is founded on D.C. Code Annotated, 2001 edition, as amended, Sec. 11-921.

Wherefore, Plaintiff demands judgment against Defendant in the sum of $ 25 million Dollar with interest and costs.

Phone:

DISTRICT OF COLUMBIA, SS

_Fred Plummer_, being first duly sworn on oath deposes and says that the foregoing is a just and true statement of the amount owing by defendant to the paintiff, exclusive of all set-off and just grounds of defense.

_Fred Plummer     Fred Plummer_
(Plaintiff)                                          (Agent)

Subscribed and sworn to before me this ___6___ day of __September__ 20_07_.

_____
(Notary Public/Deputy Clerk)

FORM CV-1013/ Nov. 00