**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**Civil Division**

| | | |
|---|---|---|
| FRED PLUMMER | : | |
| | : | |
| Plaintiff, | : | |
| | : | Civil Action No. 07-01161 |
| v. | : | Judge Urbina |
| | : | |
| DISTRICT OF COLUMBIA, *et al.*, | : | |
| | : | |
| Defendants. | : | |

<u>DEFENDANTS' STATEMENT OF MATERIAL FACTS AS TO WHICH
THERE IS NO GENUINE ISSUE</u>

Pursuant to Federal Rule of Civil Procedure 56, Defendants by and through undersigned counsel, hereby respectfully submit this Statement of Material Facts as to which there is no Genuine Dispute in the above-captioned case.

1.    If an inmate, held in the District of Columbia of Columbia Department of Corrections' facility, wanted to file a grievance, he would first be encouraged to resolve the matter informally. *See* Exh. 1, Inmate Grievance Procedure ("IGP").

2.    If the matter is not resolved informally, the inmate could then file a formal grievance with the Institution Administrator. *See* <u>Id.</u>

3.    If the inmate wishes to appeal the decision of the Institution Administrator he can do so to the Agency Director. If he wishes to appeal the final decision by the Agency Director, he can do so as outlined on pages 10 and 11 of the Inmate Grievance Procedure.  *See* <u>Id</u>.

4.    An explanation of the administrative procedures is provided to inmates upon arrival at a detention facility. *See* <u>Id.</u>

5.    Plaintiff has never filed a formal grievance or exhausted his administrative remedies regarding the incident that allegedly occurred on or about June 27, 2007, pertaining to his complaint requesting protective custody and that he be placed in a single cell at the DC Jail. *See* Exh.2, Declaration of Sgt. Aden Bushee.

October 3, 2007                    Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General, Civil Litigation Division

NICOLE L. LYNCH (471953)
Chief, General Litigation Section II


/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S012
Washington, D.C. 20001
(202) 724-5611
(202) 727-0431 (fax)
E-mail:  carol.connolly@dc.gov


## CERTIFICATE OF SERVICE

Copies filed and served electronically through eFiling for Courts, this 3rd day of October 2007 and mailed to:

Inmate Fred Plummer
DC Jail # 224403
1901 D Street, SE
Washington, DC 20003

/s/ Carol A. Connolly
CAROL A. CONNOLLY (468126)
Assistant Attorney General