# United States District Court

Fred Plummer DCDC 224403
1901 D St SE
Washington DC 20003   Plaintiff

V

District of Columbia  Defendants

Civil Action No 070 1161
Judge Urbina

**RECEIVED**
OCT 03 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## Motion to Graned me monetary relief

Now Comes the Plaintiff Fred Plummer ask the Honorable Court to Granted my requst for monetary relief from the defendants on the ground that the Department of Corrections also Loral A Connally Assistant Attorney General that there False Information in there motion to dismiss my Complaint in the Preliminary Statment Page 3 Said On June 27, 2007 that I Filed A requst to be Place in Protect Custody that Statment was not True I was Place in Protective Custody Unit North 2" Cell 54 ON 10-24-06 I was in North 2" Cell 54 the I was Physical assault The incident occur 1:16 am May 4, 2007 in my Cell by Ituobi Tunde He didn't belong in the Cell with me I also Filed a grievane with Department of Correction I also Filed two Complaint with District of Columbia I also write warden William J Smith, a two Page Letter regarding the incident that occur in may 4, 2007 your honorable Court Please dont dismiss my Complaint and Granted me the monetary relief I requst,   Thank you

Fred Plummer
9/27/07