United States District Court

Fred Plummer

vs

The Mayor Adrian M Fenty

Civil Action No. 07-01161

Judge Ricardo M. Urbina

Appointment of Counsel

RECEIVED
APR 1 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Honorable Ricardo M. Urbina
Judge of the Superior Court of the District of Columbia

Dear Urbina

My Name is Fred Plummer DCDC 224403 I'm a inmate at D.C Jail I'm Serving misdemean time I have eight month befour my release date your I Filed a Law Suit against the Department of Correction's your Honor I try with no success in obtaining an attorney your Honor I have no Legal exprience and the Library here at D.C Jail only have Criminal Information I ask your Honor to appoint me an attorney to represent me

Fred Plummer DCDC 224403

1901 D st SE
Washington D.C 20003

Page 1

## Statement

On May 5 2007 Inmate Jaobi Tunde was removed from general population because inmate Jaobi Tunde was in and altercation with other inmates Mr Tunde was Place in Protective Custody North two Cell 54 with me I had been in Cell 54 For six month, the next morning around 11:16am Mr Tunde asked to See my Canteen items I said no he then threaten to take my Canteen items I walk over to the bars and Call For help Mr Tunde Pull me back From the bars I fell hiting my Head on the metal Frame bed Mr Tunde then being hiting me in my head and ribs I Call For he two Correction's officer and removed mr Tunde I was then thken to the infirmity with trauma to the right Side of make Head,

                                                  Fred Plnner

Page 2