(1)

FILED
NOV 0 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court

Fred Plummer DCDC224403
1901 D St. SE
Wash, DC 20003
V
The Mayor Adrian m Fenty
OFFice of the Secretary Suite 419
1350 Penn, AVE. NW
Washington D.C 20004
Serve S Tabatha Braxton

Case: 1:07-cv-01972
Assigned To : Unassigned
Assign. Date : 11/02/2007
Description: PRO SE GEN. CIVIL

CASE RE-ASSIGNED
JAN 0 9 2008
TO: URBINA, J. RMU

RECEIVED
OCT 1 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Complaint

Negligence, Due Process, Peronal injury. False Statement

Upon my arrival at the DOC date 10/24/06 I didn't receive any written or Printed, oral or pictoral statement or admin istrative Procedures, until June 2007, which was a inmates ha nd book and a Second unForm now the DOC is asking the Court to dismiss a LawSuit I Filed agained the DOC also the District OF Columbia, on the ground I didn't Follow the Correct Process DOC Said I Should have First Filed a IGP and Grievance with the DOC so DOC Could resolve the matter inFormally and iF the matter was not resolve inFormally I Could File a Formal grieva nce with the Institution administrator, DOC also Said an ex planation of the administrative procedures is provided to all inmates upon arrival at a detention the Statement is "False"

②

The inmates didnt receive any administrative Procedures the inmates only received a inmates hand book which was issue to all inmates in June 2007, now DOC asked the Court to dismiss my Law Suit that I Filed in may 2007 I didnt have any Knownledge of the grievance Process until may 25, 2007 Which was Provided by the washington Lawyers Committ For Civil right & Urban affairs

I arrval at the DOC 10/24/06 I was Place in Protective Custody, North 2 Cell 54, ON may 9, 2007 1:16 PM I Jaobi Tunde Jumped on me hiting in the head and ribs he push me hiting my hand on the metal Frame of the bed I am now have unbearable head aches I received medical treatment and returned to my Cell I Jaobi Tunde was Place in another Cell the incedent Cause me Physical also Psychogenic injury

may 17, 2007 OFFicer Place a new inmate in the Cell with me the next day around 11:45 AM Cell mate Said to me Some one in this Cell will die to day 30 minute Later he was hanging him SelF the oFFicer Come and Cut him down and removed him 20 Minute Later Came back with the inmate and Said he was oK now, I ask to be moved to another Cell L.T Hall Said he no threat to you he a threat to him SelF, 30 minutes Later he was trying to hanging him SelF again the OFFicer Came and Cut him down this incedent Cause me Psychogenic,

③



ON may 20, 2007 AlPhonzo Buckner Filed a Complaint agained a inmate and S G WoLFer she then inFrom the other inmates I was a Snitch the inmates begain to threat my LiFe, this incedent Couse me Psychogenic injury.

I asked the Court For a jury trial in this Case also I am Seeking adequate medical Care and monetory damages in the amount OF 65, millon Dollor

sincerely
Fred Plummer

Fred Plummer
DCDC 224403
1901 D st SE
Washington DC 20003